**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Cindy Grant,** | : |
| **Plaintiff,** | : **Civil Action No.: 3:13-cv-00302-RNC** |
| **v.** | : |
| **Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive,** | : |
| **Defendants.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Cindy Grant ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: April 11, 2013**

**Respectfully submitted,**

**PLAINTIFF, Cindy Grant**

<u>**/s/ Sergei Lemberg**</u>

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile: (203) 653-3424**
**slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg